IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BRIAN K. THOMSON,**

**Plaintiff,**

**v.**

**ODIE WASHINGTON, LT. OAKLY,**
**et al.,**

**Defendants.**                                    No. 01-CV-0526-DRH

### ORDER

**HERNDON, District Judge:**

Now before the Court is Plaintiff's motion for relief from voluntary dismissal (Doc. 51). Said motion is **GRANTED**. The Court **VACATES** its July 10, 2006 Order granting Plaintiff's motion for voluntary dismissal of Defendant Lt. Oakly (Doc. 42). The Court **REINSTATES** Defendant Lt. Oakly as a named Defendant in this action.

**IT IS SO ORDERED.**

Signed this 1st day of November, 2006.

/s/     David   RHerndon
**United States District Judge**