IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **BRIAN K. THOMSON,** | ) | |
| Plaintiff, | ) ) ) | |
| V. | ) ) | Civil No. **01-526-DRH** |
| **ODIE WASHINGTON, et al.,** | ) ) ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is defendants Washington and Snyder's motion to compel plaintiff to respond to interrogatories propounded on or about September 15, 2006. **(Doc. 61).** Defendants explain that the interrogatories are needed to help clarify the complaint and help in the formulation of their defense. A review of the record confirms that defendants' motion for a more definite statement was denied, and defendants were instructed to flesh out the complaint through discovery. **(Doc. 58).** Plaintiff has not responded to the subject motion.

**IT IS HEREBY ORDERED** that the defendants' motion to compel **(Doc. 61)** is **GRANTED**.

**IT IS FURTHER ORDERED** that on or before **February 16, 2007**, plaintiff Thomson shall respond to defendants' interrogatories propounded on or about September 15, 2006. No further extensions will be granted. Failure to comply with this order will likely result in this Court recommending that this action be dismissed for want of prosecution.

DATED: January 29, 2007          s/ Clifford J. Proud
                                 **CLIFFORD J. PROUD**
                                 **U. S. MAGISTRATE JUDGE**