IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **BRIAN K. THOMSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **01-526-DRH** |
| | ) | |
| **ODIE WASHINGTON, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is defendants Washington and Snyder's "Objection" to the Court's June 19, 2007, order denying their motion for an extension of time to file dispositive motions. **(Doc. 77).** The Court construes the "Objection" as a renewed motion for an extension fo the pretrial schedule controlling this case. Plaintiff has filed no objection, and at the pretrial conference on July 10, 2007, plaintiff indicated he too needed additional time to access his litigation materials and prepare his case for trial.

**IT IS HEREBY ORDERED** that the defendants' motion for an extension of time **(Doc. 77)** is **GRANTED**. The following revised schedule shall control:

1. Any remaining discovery shall be completed by **September 15, 2007**.

2. All dispositive motions shall be filed on or before **October 1, 2007**.

3. A final pretrial conference will be set by separate notice.

<u>No</u> further extensions will be granted.

**DATED: July 10, 2007**          s/ Clifford J. Proud
                                  **CLIFFORD J. PROUD**
                                  **U. S. MAGISTRATE JUDGE**