IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **BRIAN K. THOMSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **01-526-DRH** |
| | ) | |
| **ODIE WASHINGTON, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion for reconsideration of the Court's order reopening discovery and extending the time within which to file dispositive motions. **(Doc. 84).** Although plaintiff had also expressed a need for additional time for discovery (*see* **Doc. 80**), he now argues that such extensions are meaningless unless he is allowed additional time with his legal materials. Plaintiff requests that the Court not permit the defendants to raise any affirmative defenses that would have otherwise been waived, and also permit him additional time with his legal materials. Plaintiff notes that his prison paralegal has commented that plaintiff should be more efficient. Plaintiff's retort is, "Unfortunately I am only me," which the Court construes as meaning that he is only one person with much work.

By separate order, the Court has denied plaintiff's motion for special access to his legal materials– which is an issue raised in this lawsuit. However, the Court has noted that it is open to granting plaintiff extensions of time as necessary.

1

**IT IS THEREFORE ORDERED** that the subject motion **(Doc. 84)** is **DENIED** in all respects.

DATED: January 14, 2008	s/ Clifford J. Proud
	**CLIFFORD J. PROUD**
	**U. S. MAGISTRATE JUDGE**