**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **BRIAN K. THOMSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | **NO. 01-526-CJP** |
| | ) | |
| **ODIE WASHINGTON, LT. OAKLY,** | ) | |
| **UNKNOWN PARTY, and** | ) | |
| **DONALD SNYDER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT IN A CIVIL CASE

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **ODIE WASHINGTON, LT. OAKLY, UNKNOWN PARTY** and **DONALD SNYDER** and against plaintiff **BRIAN K. THOMSON.**

Plaintiff shall take nothing from this action.

**DATED** this 16th day of January, 2008

**NORBERT G. JAWORSKI, CLERK**

**BY: S/ Angela Vehlewald_____**
        **Deputy Clerk**

**Approved by_____S/ Clifford J. Proud_____**
        **United States Magistrate Judge**
        **Clifford J. Proud**